

---

HENRY FRIEDLANDER *v.* SAUL KWARTIN ET AL.
(10521)

O'CONNELL, NORCOTT and FOTI, Js.

Argued February 21—decision released March 10, 1992

*Henry Friedlander,* pro se, the appellant (plaintiff).

*Saul Kwartin,* with whom was *Garie J. Mulcahey,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.

THOMAS P. ROMAN *v.* MARY J. ROMAN
(10476)

DALY, NORCOTT and LAVERY, Js.

Argued February 20—decision released March 10, 1992

*David P. Ball,* for the appellant (plaintiff).

*James Ryan Mulvey,* with whom, on the brief, was *Mark Korotash,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.

901